IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) CR. NO. 2:24cr125-ECM-KFP | |
| ) [18 U.S.C. § 844(i); | |
| ) 26 U.S.C. § 5861(d)] | |
| KYLE BENJAMIN DOUGLAS CALVERT ) | |
| ) | |
| ) INDICTMENT | |

The Grand Jury charges:

## COUNT 1
(Malicious Use of an Explosive)

On or about February 24, 2024, in Montgomery County, Alabama, within the Middle District of Alabama, the defendant,

KYLE BENJAMIN DOUGLAS CALVERT,

maliciously damaged, and attempted to maliciously damage, by means of fire and explosive materials, the Alabama Attorney General's Office, located at 501 Washington Avenue, Montgomery, Alabama, a building used in interstate and foreign commerce and in an activity affecting interstate or foreign commerce. All in violation of Title 18, United States Code, Section 844(i).

## COUNT 2
(Possession of Unregistered Firearm or Destructive Device)

On or about February 24, 2024, in Montgomery County, Alabama, within the Middle District of Alabama, the defendant,

KYLE BENJAMIN DOUGLAS CALVERT,

knowingly possessed a firearm, to wit: a destructive device as defined in Title 26, United States Code, Section 5845(f), which was not registered to him in the National Firearms Registration and

Transfer Record. All in violation of Title 26, United States Code, Section 5861(d) and 5871.

A TRUE BILL:

_____
Foreperson

_____
JONATHAN S. ROSS
ACTING UNITED STATES ATTORNEY

_____
Russell T. Duraski
Assistant United States Attorney

_____
Brett J. Talley
Assistant United States Attorney