IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:23-CR-00125-ECM-KFP |
| | ) | |
| KYLE BENJAMIN DOUGLAS CALVERT | ) | |

**MOTION FOR DETENTION**

Pursuant to 18 U.S.C. § 3142(e) and (f), the United States of America moves for detention of the defendant.

1. Eligibility of Cases

    This case is eligible for a detention order because this case involves:

    __X__   10 + year crime of violence (18 U.S.C. § 3156)

    __X__   10 + year federal crime of terrorism (18 U.S.C. § 2332b(g)(5)(B))

    ____   Maximum sentence of life imprisonment or death

    ____   10 + year drug offense

    ____   Felony, with at least two prior convictions in the above categories

    ____   Felony involving a minor victim

    __X__   Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

    ____   Failure to register as a sex offender (18 U.S.C. § 2250)

    __X__   Serious risk the defendant will flee

    __X__   Serious risk of obstruction of justice

2. Reason for Detention

    The Court should detain defendant because there are no conditions of release which will

reasonably assure:

    __X__    Defendant's appearance as required.

    __X__    Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The government will invoke the rebuttable presumption against defendant under Section 3142(e).

| | |
|---|---|
| _____ | Previous conviction for "eligible" offense committed while on pretrial bond, and a period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described |
| _____ | Probable cause to believe defendant committed 10 + year drug offense or probable cause to believe that defendant committed a crime in which a firearm was used or carried under Section 924(c) |
| _____ | Probable cause to believe defendant conspired to kill, kidnap, maim, or injure persons in a foreign country as prohibited under 18 U.S.C. § 956(a) |
| __X__ | Probable cause to believe defendant committed act of terrorism transcending national boundaries (18 U.S.C. § 2332) or a 10 + year federal crime of terrorism as defined in 18 U.S.C. § 2332b(g)(5)(B) |
| _____ | Probable cause to believe defendant committed 10 + year offense involving a minor victim |

4. <u>Time for Detention Hearing</u>

The government requests the Court conduct the detention hearing:

    _____    At the initial appearance

    __X__    After continuance of __3__ days

The government also requests leave of court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this 10th day of April, 2024.

                                        JONATHAN S. ROSS
                                        ACTING UNITED STATES ATTORNEY

                                        /s/ *Russell T. Duraski*
                                        Russell T. Duraski
                                        Assistant United States Attorney
                                        131 Clayton Street
                                        Montgomery, AL 36104
                                        Phone: (334) 223-7280
                                        Fax: (334) 223-7135
                                        E-mail: Russell.Duraksi@usdoj.gov