# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 2:24-cr-125-ECM-KFP |
| ) | |
| KYLE BENJAMIN DOUGLAS CALVERT  ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**KYLE BENJAMIN DOUGLAS CALVERT**, through Undersigned Counsel, Samuel Brooke, notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Mr. Calvert waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 2nd day of August, 2024.

Respectfully submitted,

*/s/Samuel Brooke*
**Samuel Brooke**
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: samuel_brooke@fd.org
Bar No. ASB-1172-L60B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:24-cr-125-ECM-KFP |
| ) | |
| KYLE BENJAMIN DOUGLAS CALVERT ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/Samuel Brooke
**Samuel Brooke**
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: samuel_brooke@fd.org
Bar No. ASB-1172-L60B