## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CASE NO. 2:24-cr-125-ECM-KFP |
| ) | |
| KYLE BENJAMIN DOUGLAS CALVERT ) | |

### UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING

Defendant, through undersigned counsel, hereby moves to continue his Change of Plea hearing, now set for August 20, 2024. As a basis for this motion Defendant states as follows:

1. This motion is unopposed by the government, through Assistant U.S. Attorney Russell Duraski.

2. Mr. Calvert is charged with two counts. Count one is Malicious Use of an Explosive, 18 U.S.C. 844(i). Count two is Possession of an Unregistered Firearm or Destructive Device, 26 U.S.C. 5861(d).

3. Mr. Calvert filed a notice of intent to change plea, and a Change of Plea Hearing was set for August 21.

4. The undersigned is planning to attend the U.S. Sentencing Commission annual training in San Antonio, Texas, and will not be in Montgomery on August 21.

5. The undersigned has conferred with opposing counsel Russell Duraski. The parties are collectively available on Friday, August 23, Monday, August 26, and Tuesday, August 27. Starting Wednesday, Mr. Duraski will be away attending a training.

Wherefore, Defendant respectfully requests his Change of Plea Hearing be continued to August 23, August 26, or August 27

Dated this 13TH day of August, 2024.

Respectfully submitted,

*/s/Samuel Brooke*
**Samuel Brooke**
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: samuel_brooke@fd.org
Bar No. ASB-1172-L60B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 2:24-cr-125-ECM-KFP |
| ) | |
| KYLE BENJAMIN DOUGLAS CALVERT ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/Samuel Brooke
**Samuel Brooke**
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: samuel_brooke@fd.org
Bar No. ASB-1172-L60B