IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:24-cr-125-ECM |
| | ) | |
| KYLE BENJAMIN DOUGLAS CALVERT | ) | |

**MOTION TO DECREASE DEFENDANT'S OFFENSE LEVEL
PURSUANT TO UNITED STATES SENTENCING GUIDELINE § 3E1.1(b)
FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America submits this motion to reduce the defendant's offense level by one level pursuant to § 3E1.1(b) of the Sentencing Guidelines. See U.S.S.G. § 3E1.1(b).

The government files this motion because the defendant assisted authorities in the investigation and prosecution of the defendant's own misconduct by timely notifying authorities of the defendant's intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and allowing the government and this Court to efficiently allocate their resources.

Accordingly, pursuant to § 3E1.1(b), a one-level reduction is appropriate. Combined with the two-level reduction applied to the defendant's offense level pursuant to § 3E1.1(a), a total reduction of three levels should be applied to the defendant's offense level for acceptance of responsibility.

Respectfully submitted this 4th day of November 2024.

        KEVIN P. DAVIDSON
        ACTING UNITED STATES ATTORNEY

        *Russell T. Duraski*
        Russell T. Duraski
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, AL 36104
        Phone: (334) 551-1727
        Fax: (334) 223-7135
        E-mail: russell.duraski@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:24-cr-125-ECM |
| | ) | |
| KYLE BENJAMIN DOUGLAS CALVERT | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for the defendant.

Respectfully submitted,

*Russell T. Duraski*
Russell T. Duraski
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Telephone: (334) 551-1727
Fax: (334) 223-7138
Email: russell.duraski@usdoj.gov

3