IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
                            )
v.                     )     CR. NO.  2:24-cr-125-ECM
                            )
KYLE BENJAMIN DOUGLAS CALVERT )

## <u>MOTION FOR DOWNWARD VARIANCE</u>

Pursuant to the grounds and argument set forth in its Sentencing Memorandum, filed under seal, the government requests that the Court vary downward from the applicable guideline range and impose a sentence upon the defendant which is below the advisory sentencing guidelines as calculated in the Presentence Investigative Report.

Respectfully submitted this the 12th day of November, 2024.

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

*/s/ Russell T. Duraski*
Russell T. Duraski
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 551-1727
Fax: (334) 223-7135
E-mail: russell.duraski@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    CR. NO.  2:24-cr-125-ECM
    )
KYLE BENJAMIN DOUGLAS CLAVERT )

## CERTIFICATE OF SERVICE

I certify that on November 12, 2024, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will automatically serve a copy upon all counsel of

record.

Respectfully submitted,

*/s/ Russell T. Duraski*
Russell T. Duraski
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 551-1727
E-mail: russell.duraski@usdoj.gov